**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION**

| | | |
|---|---|---|
| ASHLEY E. GARZA, <br> Plaintiff, | § § § | |
| v. | § | Civil Action No. 1:18-cv-00168 |
| SOUTH TEXAS REHABILITATION HOSPITAL, L.P., <br> Defendant. | § § § § § | |

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Before the Court is the "Report and Recommendation of the Magistrate Judge" ("R&R") (Docket No. 57). The R&R recommended granting summary judgment as to all claims against South Texas Rehabilitation Hospital, L.P. ("Defendant"). Docket No. 47.

Objections were due December 23, 2019. No objections were filed by either party. If there have been no objections to the magistrate's ruling, then the appropriate standard of review is "clearly erroneous, abuse of discretion and contrary to law." *United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir. 1989). Finding no clear error, abuse of discretion, or finding contrary to law, the R&R is **ADOPTED**.

Accordingly, Defendant's Motion (Docket No. 47) is **GRANTED** and the instant action is **DISMISSED WITH PREJUDICE**. The Clerk of the Court is ordered to close the case.

Signed on this 26th day of February, 2020.

_____
Rolando Olvera
United States District Judge